UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ELDON SAYLOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TORRES, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-01631-DAD-JLT (PC)<br><br>**ORDER DENYING MOTION FOR MISCELLANEOUS RELIEF**<br><br>(Doc. 12) |

　　　　On February 1, 2021, Plaintiff filed a document titled, "Request for Motion to Enter Subscription of the Complaint." (Doc. 12.) It is unclear what relief Plaintiff is seeking. To the extent Plaintiff seeks to verify his complaint, it is unnecessary. He already signed his complaint under penalty of perjury. (Doc. 1 at 6.) To the extent Plaintiff seeks to move forward with this case, the Court advises him that it must first screen the complaint. As stated in the Court's First Informational Order, because Plaintiff is incarcerated and seeks relief against governmental entities or employees, his complaint is subject to screening pursuant to 28 U.S.C. § 1915A. (Doc. 3 at 3.) The Court will screen the complaint in due course.

///

///

///

///

Lastly, to the extent Plaintiff seeks to submit evidence in support of his complaint, the Court advises him that it does "not serve as a repository for evidence." (*Id.*) Plaintiff should not file evidence with the Court, unless it is necessary to do so in connection with a motion, trial, or a court order. Evidence improperly submitted to the Court may be stricken or returned without notice. Accordingly, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

Dated: __February 2, 2021__          __/s/ Jennifer L. Thurston__
                                     UNITED STATES MAGISTRATE JUDGE