UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| BRIAN ELDON SAYLOR, | Case No. 1:20-cv-01631-DAD-JLT (PC) |
|---|---|
| Plaintiff, | **ORDER DENYING MOTION FOR MISCELLANEOUS RELIEF** |
| v. | (Doc. 18) |
| TORRES, et al., | |
| Defendants. | |

Plaintiff requests permission to make "telephonic appearances . . . for any future appearance(s) this day forward." (Doc. 18.) Plaintiff's motion is premature. Currently, there are no court hearings, conferences, or other proceedings scheduled in this case; and, the Court will not issue an order regarding hypothetical proceedings from "this day forward." Accordingly, Plaintiff's motion is DENIED without prejudice.

IT IS SO ORDERED.

Dated: **July 13, 2021**          _ /s/ Jennifer L. Thurston
                                    CHIEF UNITED STATES MAGISTRATE JUDGE