UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ELDON SAYLOR,<br><br>  Plaintiff,<br><br>  v.<br><br>TORRES, et al.,<br><br>  Defendants. | Case No. 1:20-cv-01631-DAD-JLT (PC)<br><br>**ORDER TRANSFERRING CASE TO THE CENTRAL DISTRICT OF CALIFORNIA** |

Plaintiff has filed a first amended complaint, (Doc. 22), pursuant to the Court's screening order, (Doc. 21). The claims in the complaint arose in Riverside County, (*see* Doc. 22 at 4-7), which is in the Central District of California. At the times relevant to this case, the defendants were employees of the Robert Presley Detention Center in Riverside County. (*See id.* at 3-4.) The complaint does not indicate where the defendants reside.

The federal venue statute provides that a civil action may be brought in "(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred . . .; or (3) if there is no district in which an action may otherwise be brought . . ., any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

///

    Based on the foregoing, this lawsuit should be filed in the United States District Court for the Central District of California. In the interest of justice, a district court may transfer a complaint filed in the wrong district to the correct district. 28 U.S.C. § 1406(a). Accordingly, the Court ORDERS this matter transferred to the United States District Court for the Central District of California.

IT IS SO ORDERED.

    Dated: __**July 29, 2021**__           _____**/s/ Jennifer L. Thurston**
                                                         CHIEF UNITED STATES MAGISTRATE JUDGE